| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Edward Y. Kroub<br>Mizrahi Kroub LLP<br>200 Vesey Street, 24th Floor<br>New York, NY  10281<br>*Telephone No:* 212-595-6200    *FAX No:* 212-595-9700<br><br>*Attorney for:* Plaintiff(s) | *For Court Use Only*<br><br><br><br><br><br>*Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Southern District Of New York

*Plaintiff(s):* Jose Mejia, et al
*Defendant:* Wave Life LLC

| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>22CV04318LJL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint for Violations of the Americans with Disabilities Act of 1990 and New York City Human Rights Law.

3. a. Party served:                             Wave Life LLC
   b. Person served:                          Masud Bouskila, Agent for Service

4. Address where the party was served:     20815 NE 16th Avenue B23
                                                                    Miami, FL  33179

5. I served the party:
   b. **by substituted service.** On: Fri., Jul. 08, 2022 at: 1:36PM by leaving the copies with or in the presence of:
                                                                    Gail Bouskila, Manager
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:                                               *Fee for Service:*
   a. Leonard  Gartman
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of FLORIDA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
Summons and Complaint                                                                (Leonard Gartman)

*edykro.234625*

| Attorney or Party without Attorney:<br>Edward Y. Kroub<br>Mizrahi Kroub LLP<br>200 Vesey Street, 24th Floor<br>New York, NY 10281<br>Telephone No: 212-595-6200   FAX No: 212-595-9700 | | For Court Use Only |
|---|---|---|
| | Ref. No or File No.: | |
| Attorney for: Plaintiff(s) | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | |
| Plaintiff(s): Jose Mejia, et al | | |
| Defendant: Wave Life LLC | | |

| **AFFIDAVIT OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV04318LJL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint for Violations of the Americans with Disabilities Act of 1990 and New York City Human Rights Law.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Fri., Jul. 08, 2022
   b. Place of Mailing:         Penryn, CA  95663
   c. Addressed as follows:     Wave Life LLC
                                C/O Masud Bouskila, Agent for Service
                                20815 NE 16th Avenue B23
                                Miami, FL  33179

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jul. 08, 2022 in the ordinary course of business.

5. Person Serving                                            Fee for Service:
   a. Emilee Thomas-Walters
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

8. *I declare under penalty of perjury under the laws of the State of FLORIDA and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE
By Mail

(Emilee Thomas-Walters)

edykro.234625